Nos. 278 and 281. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL.;
No. 279. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* DENVER & SALT LAKE WESTERN RAILROAD CO. ET AL.;
No. 280. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* CITY BANK FARMERS TRUST CO., TRUSTEE, ET AL.; and
No. 282. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* THOMPSON, TRUSTEE, ET AL. October 8, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Acting Solicitor General Judson, Messrs. John W. Davis, Edwin S. S. Sunderland, James L. Homire, Thomas O'G. FitzGibbon, Judson C.*

*McLester, Jr., Henry W. Anderson, George D. Gibson, W. A. W. Stewart, Arthur A. Gammell, John W. Drye, Jr.* and *George L. Shearer* for petitioners. *Messrs. William V. Hodges* and *Frank C. Nicodemus, Jr.* for the Denver & Rio Grande Western Railroad Co., and *Messrs. Edward E. Watts, Jr.* and *Peter H. Holme* for the City Bank Farmers Trust Co., respondents. Reported below: 150 F. 2d 28.